UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-14024-CR-MARTINEZ/LYNCH(s)

UNITED STATES OF AMERICA

    Plaintiff,

vs.

KEYA HINDS,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on November 5, 2009. A Report and Recommendation was filed on November 6, 2009, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to Count One of the Superseding Indictment in this case, which charges the Defendant did knowingly and intentionally conspire with others to possess with intent to distribute a controlled substance consisting of a mixture and substance containing a detectable amount of oxycodone, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2 day of December, 2009.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office